UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER BARBATO, et al,

               Plaintiff(s)

       -against-

INTERSTATE FIRE & CASUALTY COMPANY, et al,
               Defendant(s).
------------------------------------------------------------X

25 civ 5312 (JGK)

## ORDER

    The defendant Certain Underwriters at Lloyd's London-Syndicate 2357 filed a motion to dismiss on June 27, 2025. It is the Court's practice to hold a pre-motion conference before any motion is filed.

    The parties shall appear for a pre-motion conference on **Monday, July 7, 2025, at 3:30pm.** Dial-in: 646 453-4442, with Conference ID 67527833#. Any further briefing on the motion to dismiss is stayed pending the pre-motion conference.

**SO ORDERED.**

                                                   **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        July 1, 2025