```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

PETER BARBATO, ET AL.,

                Plaintiffs,          25-cv-5312 (JGK)

      - against -               ORDER

INTERSTATE FIRE & CASUALTY COMPANY,
ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants should respond to the motion to remand by **July 25, 2025**. The plaintiff should reply by **August 8, 2025**.

    The plaintiff should respond to the motion to dismiss by **July 25, 2025**. The defendants should reply by **August 8, 2025**.

SO ORDERED.
Dated:    New York, New York
          July 7, 2025

                                        John G. Koeltl
                              United States District Judge