UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER BARBATO and NORTH JERSEY PUBLIC ADJUSTERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY, INDEPENDENT SPECIALTY INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S LONDON - SYNDICATE 2357, CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B604510568622002, and ADRIENNE A. HARRIS, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES,<br><br>Defendants. | Case No: 1:25-cv-05312 (JGK) |

I, Brian P. Henry, Esq., hereby certify as follows:

1. I am a partner at Rolfes Henry Co., LPA, counsel for Defendants Interstate Fire & Casualty Company, Independent Specialty Insurance Company, Certain Underwriters at Lloyd's London – Syndicate 2357, and Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B604510568622022 (collectively referred to as "Defendants") in this lawsuit.

2. I submit this certificate of compliance pursuant to III.D. of the Individual Practices of the Honorable John G. Koeltl.

3. The number of words in Defendants' moving brief in support of their motion to dismiss (excluding the cover page, table of contents, and table of authorities) is 5,121.

1

4. The number of words in Defendants' reply brief in support of their motion to dismiss (excluding the cover page, table of contents, and table of authorities) is 2,240.

5. The number of words in Defendants' opposition brief to Plaintiffs' motion to remand is 3,924.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

August 8, 2025

            By: Brian P. Henry, Esq. (5975024)

            /s/ Brian P. Henry, Esq.
            ROLFES HENRY CO., LPA
            5415 87th Street East
            Bradenton, Florida 34211
            T: (941) 684-0100
            F: (941) 684-0109
            E:  bhenry@rolfeshenry.com
            E:  kmcclintock@rolfeshenry.com

# Exhibit 1

# Exhibit 2

# Exhibit 3

# Exhibit 4