```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

PETER BARBATO AND NORTH JERSEY
PUBLIC ADJUSTERS, INC. ,                  25-cv-5312 (JGK)
             Plaintiff,
                                          ORDER
       - against -

INTERSTATE FIRE & CASUALTY COMPANY,
ET AL.,
             Defendants.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

   The Court invites the New York Department of Financial Services to advise whether the Department has primary jurisdiction over this case. The Court would appreciate receiving such advice by **November 7, 2025**.

   The Clerk is respectfully directed to email a copy of this Order, together with the documents filed in ECF Nos. 1, 13, 14, and 17, to counsel@dfs.ny.gov, and to mail a copy of this Order, together with those documents, to the New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511.

SO ORDERED.
Dated:   New York, New York
         October 8, 2025

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                      United States District Judge