UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NORTH JERSEY PUBLIC ADJUSTER INC.,

               Plaintiff,

     - against -

INTERSTATE FIRE & CASUALTY COMPANY,
ET AL.,

              Defendants.

25-cv-5312 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff shall file any opposition to the defendants' motion to dismiss the amended complaint, ECF No. 24, by **March 10, 2026.** The defendants shall file any reply by **March 24, 2026.**

SO ORDERED.

Dated:    New York, New York
           February 24, 2026

                          John G. Koeltl
               United States District Judge